IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald H. Ellis,<br><br>    Petitioner,<br><br>vs.<br><br>Rene G. Garcia, Warden,<br><br>    Respondent. | No. CV 11-148-TUC-JGZ (BPV)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bernardo P. Velasco that recommends denying Petitioner's Petition for Writ of Habeas Corpus. (Doc. 13.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Velasco's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir.1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D.Or.1998).

//

//

//

//

//

//

//

1   Accordingly, IT IS HEREBY ORDERED as follows:

2   (1) Magistrate Judge Velasco's Report and Recommendation (Doc. 13) is accepted
3       and adopted.
4   (2) Petitioner's Petition for Writ of Habeas Corpus is DENIED.
5   (3) This case is dismissed with prejudice.
6   (4) The Clerk of the Court shall enter judgment accordingly.
7   DATED this 30th day of March, 2012.

*Jennifer G. Zipps*
United States District Judge